(June 12, 1979)

◼ STEVEN MACK, JR., et al., Respondents, v AMERICAN HANDLING EQUIPMENT, INC., et al., Respondents, and FISHER GOVERNOR CO., INC., Appellant.—Motion by appellant to resettle order of this court, dated April 16, 1979. Motion granted. The decision of this court, dated April 16, 1979, is amended by adding to the second paragraph after the word "granted" the words "and plaintiffs' complaint and all cross claims against appellant

dismissed." The order is resettled accordingly. Hopkins, J. P., Damiani, Rabin and Martuscello, JJ., concur.